IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

BRIAN VOLLMER,

          Plaintiff,

v.

DAVID A. CLARKE, *et al.*,

          Defendants.

ORDER

15-cv-114-wmc

Plaintiff Brian Vollmer is presently incarcerated by the Wisconsin Department of Corrections at the Kettle Moraine Correctional Institution, which is located in Plymouth, Sheboygan County. Vollmer has filed this proposed civil action pursuant to 42 U.S.C. § 1983, alleging that he was denied adequate medical care for an ankle injury suffered while in custody of the Milwaukee County Sheriff's Office, where all of the defendants are employed. Neither the parties nor the incidents giving rise to this suit have ties to the Western District of Wisconsin. As a result, this case could have and should have been brought in the United States District Court for the Eastern District of Wisconsin, *see* 28 U.S.C. §§ 130(a), 1391(b). For the convenience of the parties and any potential witnesses, the court will exercise its authority under 28 U.S.C. §§ 1404(a) & 1406(a), and transfer this case to the Eastern District of Wisconsin in Milwaukee.

ORDER

IT IS ORDERED that this case is transferred to the United States District Court for the Eastern District of Wisconsin.

Entered this 24th day of February, 2015.

                        BY THE COURT:

                        /s/

                        WILLIAM M. CONLEY
                        District Judge